[No. 20846-0-III.   Division Three.   March 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. AUSTIN LEE KENYON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-8-00783-1, Lonna K. Malone, J. Pro Tem., entered February 13, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 20950-4-III.   Division Three.   March 20, 2003.]

SANDRA SHAFFER, *as Personal Representative*, *Respondent*, v. PARADISE FARMS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 01-2-00124-1, James M. Murphy, J., entered February 25, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J. and Schultheis, J.

[No. 48186-0-I.   Division One.   March 24, 2003.]

MARK RIEHL, *Appellant*, v. FOODMAKER, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-2-18114-0, Jay V. White, J., entered November 17, and December 19 and 28, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, A.C.J., concurred in by Coleman, J.; Ellington, J., dissenting in part.